DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

AARON RAMON SHAW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1346

_____

June 24, 2026

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Aaron Ramon Shaw, pro se.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Chief Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.